IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRI CROMARTIE-DONALDSON,

    Plaintiff,

vs.                                                     CASE NO. 5:11cv16/RS-MD

BOBBIN TRACE AUTOMOTIVE,
LLC d/b/a LEGACY TOYOTA OF
TALLAHASSEE,

    Defendant.

_____/

## ORDER

Before me is Defendant's Consent Motion And Request For Change Of Venue (Doc. 7). The clerk is directed to transfer this case to the Tallahassee Division.

**ORDERED** on January 28, 2011.

                                                  /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**